THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EMANUEL L. COLLEY,

   Petitioner,

v.                                        Case No. 3:25-cv-2040-LC/MJF

STATE OF FLORIDA,

   Respondent.
_____/

**ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 9, 2026. (Doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner's petition under 28 U.S.C. § 2241 is **DISMISSED** without prejudice.

3.  The clerk of the court is directed to close the case file.

**DONE AND ORDERED** this 13th day of March, 2026.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**